Shuman Sohrn (admitted *pro hac vice*)
Email: sohrns@sec.gov
Securities and Exchange Commission
100 F Street NE, Mail Stop 5628
Washington, D.C. 20549
Telephone: (202) 551-8472
*Attorneys for United States Securities and Exchange Commission*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NOTIS GLOBAL INCORPORATED, et al.,<br><br>Defendants, | Case No.: **2:19-cv-03409-SVW-SK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(i), Plaintiff, U.S. Securities and Exchange Commission (the "Commission" or "SEC") hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice. No defendant in this action has served either an answer or a motion for summary judgment. Further, this dismissal is without prejudice to the Commission pursuing any and all post-judgment proceedings against Defendant Bruce Bedrick in the underlying securities action case pending before this Court (Case No. 2:17-cv-01905-SVW-SK) and under applicable laws.

1  Respectfully submitted, this 12th day of June 2019.

/s/ Shuman Sohrn
Shuman Sohrn (Fla. Bar No. 669989)
U.S. Securities and Exchange Commission
100 F Street, NE, Mailstop 5628
Washington, D.C. 20549
Tel: 202-551-8472
sohrns@sec.gov
*Attorneys for Securities and Exchange Commission*

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, I caused a true and correct copy of the forgoing document to be filed with the Clerk of Court through the Court's Electronic Court Filing system, which will automatically send an email notification of such filing to the parties of record.

Dated this 12th day of June, 2019.

/s/ Shuman Sohrn
Shuman Sohrn
*U.S. Securities and Exchange Commission*